

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00049-CV

---

IN THE INTEREST OF A.N., A CHILD

---

On Appeal from the 211th District Court
Denton County, Texas
Trial Court No. 16-04844-431

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: November 7, 2024